STATE of Missouri, Respondent,

v.

Terry CAMPBELL, Appellant.

No. WD 57824.

Missouri Court of Appeals,
Western District.

Jan. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
May 29, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and EDWIN H. SMITH, Judge.

**ORDER**

Terry Campbell appeals the circuit court's judgment convicting him of tamper-

ing with physical evidence. We affirm. Rule 30.25(b).